Filing # 56938054 E-Filed 05/25/2017 02:34:21 PM

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND
FOR FLAGLER COUNTY, FLORIDA

CASE NO.:

MORRIS GROSS,

 Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

 Defendant.
_____/

## COMPLAINT

 COMES NOW the Plaintiff, MORRIS GROSS, by and through his undersigned attorney, sues the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, and alleges the following:

 1. This is an action for damages in excess of $15,000.00.

 2. At all times material hereto, the Plaintiff, MORRIS GROSS, was a resident of Palm Coast, Flagler County, Florida.

 3. At all times material hereto, the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, was a foreign profit corporation licensed in the State of Florida and conducting business in Flagler County, Florida.

 4. Venue is proper with this Court because the incident giving rise to this cause of action occurred in Flagler County, Florida.

 5. On or about August 4, 2014, Raymond Kaufman was the registered owner of a 2013 Honda CRV with vehicle identification number 3CZRM3H38D705491 and Florida license tag number N609WJ.

1

6. On or about August 4, 2014, at approximately 10:46 A.M., Hope Kaufman operated said 2013 Honda CRV with vehicle identification number 3CZRM3H38D705491 and Florida license tag number N609WJ with the permission and/or consent of Raymond Kaufman.

7. On or about August 4, 2014, Raymond Kaufman carried inadequate or no liability insurance on the 2013 Honda CRV with vehicle identification number 3CZRM3H38D705491 and Florida license tag number N609WJ.

8. On or about August 4, 2014, Hope Kaufman carried inadequate or no liability insurance.

9. On or about August 4, 2014, at approximately 10:46 A.M., Hope Kaufman operated said 2013 Honda CRV with vehicle identification number 3CZRM3H38D705491 and Florida license tag number N609WJ on Belle Terre Parkway at or near the intersection with Pine Lakes Parkway, in Palm Coast, Flagler County, Florida.

10. At said time and location, Hope Kaufman negligently operated or maintained said 2013 Honda CRV with vehicle identification number 3CZRM3H38D705491 and Florida license tag number N609WJ so as to cause it to collide into a 2011 Hyundai Elantra with vehicle identification number KMHDH4AE3BU091428 and Florida license tag number B610GK that was being operated by the seat belted Plaintiff, MORRIS GROSS.

11. As a direct and proximate result, the Plaintiff, MORRIS GROSS, suffered bodily injuries and resulting pain and suffering, mental anguish, loss of earnings and earning capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment. The losses are either permanent or continuing and the Plaintiff, MORRIS GROSS, will suffer such losses in the future.

12. At all times material hereto, the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, issued a policy of automobile insurance to the Plaintiff, MORRIS GROSS, which included Uninsured/Underinsured Motorist coverage, by the terms of which the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, agreed to pay all damages which the Plaintiff, MORRIS GROSS, should be legally entitled to recover from the owner or operator of an uninsured or underinsured motor vehicle.

13. The applicable automobile insurance policy issued by the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, is identified as Policy No. AO1-258-685661-70 and the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, has exclusive possession of the original of said automobile insurance policy or a true and correct copy thereof.

14. The Defendant, LIBERTY MUTUAL INSURANCE COMPANY, has failed and refused to pay the Plaintiff, MORRIS GROSS, for bodily injuries and related damages arising out of the negligent operation of said uninsured or underinsured motor vehicle.

**WHEREFORE**, the Plaintiff, MORRIS GROSS, hereby demands judgment for damages against the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, and demands a trial by jury on all issues.

CHANFRAU & CHANFRAU

Dated: May 25th, 2017                /s/ William M. Chanfrau, Jr.

William M. Chanfrau, Jr., Esq.
FL Bar #0115339
701 N. Peninsula Drive
Daytona Beach, FL 32118
P: 386-258-7313 F: 386-238-1464
*Attorney for Plaintiff*

3