UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MORRIS GROSS,**

    **Plaintiff,**

v.                                           Case No. 3:17-cv-1092-J-39MCR

**LIBERTY MUTUAL INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 29; Stipulation) filed on May 7, 2018. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

    **ORDERED**:

    1.     This case is **DISMISSED with prejudice.**

    2.     Each party shall bear its own costs and fees.

    3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE** and **ORDERED** in Jacksonville, Florida this 17th day of May, 2018.

                                                                     BRIAN J. DAVIS
                                                                     United States District Judge

cs

Copies to:

Counsel of Record